**William FEDERER,**
**Plaintiff/Appellant,**

v.

**Richard A. GEPHARDT, et al.,**
**Defendants/Respodents.**

**No. ED 84697.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 1, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 23, 2005.

Application for Transfer Denied
April 26, 2005.

Bradley S. Dede, Clayton, MO, and Paul
J. Orfanedes, Washington, D.C., for appellant.

Elizabeth C. Carver, St. Louis, MO, for
respondent.

Before CLIFFORD H. AHRENS, P.J.,
GLENN A. NORTON, J., and
NANNETTE A. BAKER, J.

*ORDER*

PER CURIAM.

William Federer ("Federer") appeals
from the judgment of the trial court dismissing his petition. Federer contends
that the causes of action in his petition
were timely filed within the respective
statute of limitation for each cause and
that his petition stated claims upon which
relief could be granted.

We have reviewed the briefs of the parties and the record on appeal and find no
error of law. No jurisprudential purpose
would be served by a written opinion.

However, the parties have been furnished
with a memorandum opinion for their information only, setting forth the facts and
reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).